**NOT FOR PRINTED PUBLICATION**

IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
SHERMAN DIVISION

| | | |
|---|---|---|
| WILLIAM LYNCH and<br>CHERYL LYNCH,<br><br>*Plaintiffs,*<br><br>V.<br><br>JPMORGAN CHASE BANK, N.A.,<br>PAULA M. STRAHAN, and<br>FIRST AMERICAN TITLE COMPANY,<br><br>*Defendants.* | §<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§ | CASE NO. 4:13cv704<br>Judge Clark/Judge Mazzant |

# ORDER ADOPTING REPORT AND
# RECOMMENDATION OF THE UNITED STATES MAGISTRATE JUDGE

Came on for consideration the report of the United States Magistrate Judge in this action, this matter having been heretofore referred to the United States Magistrate Judge pursuant to 28 U.S.C. § 636. On August 18, 2014, the report of the Magistrate Judge was entered containing proposed findings of fact and recommendations that Defendant JPMorgan Chase Bank, N.A.'s Motion for Partial Dismissal of Second Amended Complaint [Doc. #38] be denied.

Having received the report of the United States Magistrate Judge, and no objections thereto having been timely filed, this court is of the opinion that the findings and conclusions of the Magistrate Judge are correct and adopts the Magistrate Judge's report as the findings and conclusions of the court.

It is, therefore, **ORDERED** that JPMorgan Chase Bank, N.A.'s Motion for Partial

Dismissal of Second Amended Complaint [Doc. #38] is **DENIED.**

So **ORDERED** and **SIGNED** this **23** day of **September, 2014.**

_____
Ron Clark, United States District Judge